[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13055

Non-Argument Calendar

_____

AMOS CAMILLE,

Plaintiff-Appellant,

*versus*

MIAMI-DADE COUNTY, MDCR,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-23949-RKA

_____

Before JILL PRYOR, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

Amos Camille's notice of appeal, filed on September 17, 2024, is untimely to appeal from the district court's judgement dismissing his case, deemed entered on April 8, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. Civ. P. 58(a); Fed. R. App. P. 4(a)(1)(A), 4(a)(7)(A)(ii), 26(a)(1)(C). We construed Camille's notice of appeal as a motion for Rule 4(a)(6) relief and remanded the case to the district court to determine whether such relief was warranted. *See* Fed. R. App. P. 4(a)(6); *Sanders v. United States*, 113 F.3d 184, 186-88 (11th Cir. 1997). On remand, the district court denied that construed motion.

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (explaining that, in civil cases, the timely filing of a notice of appeal is a mandatory prerequisite to the exercise of appellate jurisdiction). All pending motions are DENIED as moot.